768 A.2d 858

**MUNICIPAL AUTHORITY OF the CITY OF MONONGAHELA and the CITY OF MONONGAHELA, Petitioners,**

**v.**

**CARROLL TOWNSHIP AUTHORITY and the Township of Carroll, Respondents.**

Supreme Court of Pennsylvania.

March 30, 2001.

## *ORDER*

**AND NOW,** this 30th day of March, 2001, the above-listed matter is **GRANTED, LIMITED** to the following issue:

1) Whether the Commonwealth Court erred when it determined that the Rules of Civil Procedure apply to this matter.